UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '08 MJ 0674 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Anibal DIAZ-Rodriguez,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

FILED
08 FEB 29 AM 10:74
SOUTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **February 28, 2008**, within the Southern District of California, defendant, **Anibal Diaz-Rodriguez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **FEBRUARY 2008.**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Anibal DIAZ-Rodriguez

## PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector, Smuggling Interdiction Group (SIG) utilize various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

On February 28, 2008, SIG Agents were conducting surveillance in the 4100 block of National Ave in San Diego, California, based on information received that the defendant **Anibal DIAZ-Rodriguez,** was back in the United States illegally. At approximately 7:10 p.m., Agents E. Blas, A. Cacho and A. Roozen observed a male matching the description and likeness of the defendant, exiting a car located in front of the address. Agents Blas and Cacho approached the individual and identified themselves as United States Border Patrol Agents.

Agents questioned the subject as to his identity and his immigration status. The defendant stated that he was in fact Anibal DIAZ-Rodriguez. The defendant also admitted to being a citizen and national of Mexico without any immigration documents that would allow him to remain in the United States legally. At approximately 7:15 p.m., on February 28, 2008, the defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on October 13, 2006,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.