FILED

08 APR -2 PM 3:37

BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 1001  LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ANIBAL DIAZ-RODRIGUEZ, | |
| Defendant. | |

The grand jury charges:

On or about February 28, 2008, within the Southern District of California, defendant ANIBAL DIAZ-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WDK:em:San Diego
3/31/08

It is further alleged that defendant ANIBAL DIAZ-RODRIGUEZ was removed from the United States subsequent to December 16, 2005.

DATED: April 2, 2008.

A TRUE BILL

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
DOUGLAS KEEHN
Assistant U.S. Attorney