1 KAREN P. HEWITT
United States Attorney
2 AARON B. CLARK
Assistant United States Attorney
3 California State Bar No. 239764
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-6787/(619)235-2757 (Fax)
E-mail: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1001-LAB |
|---|---|---|
| Plaintiff, | ) ) ) | DATE: May 12, 2008<br>TIME: 2:00 p.m. |
| v. | ) ) | GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR: |
| ANIBAL DIAZ-RODRIGUEZ, | ) ) | |
| Defendant. | ) ) ) | (1) RECIPROCAL DISCOVERY;<br>(2) FINGERPRINT EXEMPLARS; AND<br>(3) LEAVE TO FILE FURTHER MOTIONS |
| | ) ) ) | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and hereby files its notice of motion and motion for reciprocal discovery, fingerprint exemplars and leave to file further motions. These motions are supported by the attached statement of facts and memorandum of points and authorities.

DATED: April 24, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

s/Aaron B. Clark

AARON B. CLARK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANIBAL DIAZ-RODRIGUEZ,<br><br>            Defendant. | Case No. 08CR1001-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Motion for Reciprocal Discovery, Fingerprint Exemplars and Leave to File Further Motions; Together with Statement of Facts and Memorandum of Points and Authorities in Support on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Wendy Gerboth

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated: April 24, 2008

                                    /s/ Aaron B. Clark<br>
                                    AARON B. CLARK