U.S.A. vs **Anibal Diaz-Rodriguez**          No. **08CR1001-LAB**

The Court finds excludable delay, under the section indicated by check (✓),
commenced on **5-19-08** and ended on **8-4-08** ; ( **XT** )
**4-04-08** and ended on **5-19-08** . ( **XE** )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                A

___ (1)(B)   **NARA exam**ination (28:2902)                                                    B

___ (1)(D)   State or Federal trials or **other charges pending**                             C

___ (1)(E)   **Interlocutory appeals**                                                         D

_X_ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                     (E)

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                        F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                       G

___          Misc proc: Parole or prob rev, deportation, **extradition**                       H

___ (1)(H)   **Transportation** from another district or to/from examination                   6
             or hospitalization in ten days or less

___ (1)(I)   Consideration by Court of **proposed plea agreement**                             7

___ (2)      **Prosecution deferred** by mutual agreement                                      I

___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                         M

___ (4)      Period of **mental or physical incompetence** of defendant to                    N
             stand trial

___ (5)      Period of **NARA commitment or treatment**                                        O

___ (6)      **Superseding indictment and/or new charges**                                     P

___ (7)      **Defendant awaiting trial of co-defendant** when no severance                    R
             has been granted

___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                   T
              one of the reasons below are given in support of continuance

___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                         (T1)
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  (**Continuance - miscarriage of justice**)
_X_            2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  (**Continuance - tendered a guilty plea**)

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                             T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,           T4
                   or give reasonable time to prepare
                   (**Continuance re counsel**)

___ 3161(I)    Time up to **withdrawal of guilty plea**                                        U

___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days                   W

Date **5-19-08**                                              **CAB**
                                                       Judge's Initials